No. 6144.

## MRS. FANNIE L. R. FISHER vs. FRANK ROUSEO.

### Syllabus.

Involves only issues of fact.

Appeal from the Civil District Court for the Parish of Orleans, Division "B," No. 104,343. Hon. F. D. King, Judge.

W. V. Seeber, for plaintiff and appellant.

John L. Feliu, for defendant and appellee.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

Plaintiff, as universal legatee of her deceased husband, brings this suit upon an open account alleged to be due the deceased.

Defendant denies the account, or that he owed the deceased anything whatever, declaring that he settled with the latter sometime before his death for whatever he then owed him.

The account sued on was not proved, nor was any attempt made to prove it. On the other hand there is proof that defendant paid the deceased money not credited on the account, and defendant swears that the account sued on is not correct and that the payment made to the deceased was in full for everything he then owed him.

Under the circumstances the judgment herein, rejecting the plaintiff's demand is correct.

Judgment affirmed.

Opinion and decree, June 26th, 1914.

Rehearing refused, July 17th, 1914.